IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE AMERICAN BUSINESS : | |
| FINANCIAL SERVICES, INC. : | MASTER FILE NO. 05-232 |
| NOTEHOLDER LITIGATION : | |
| : | |

O R D E R

AND NOW, this 7th day of January, 2009, it is hereby ORDERED that the opposition to settlement/motion for replacement of class counsel based on fraud and misrepresentation to the Court submitted by counsel on behalf of David Banach is DENIED.

                                                  *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR.,    J.